Danvers E. LONG, Petitioner,

v.

SOCIAL SECURITY
ADMINISTRATION,
Respondent.

No. 2010–3108.

United States Court of Appeals,
Federal Circuit.

Sept. 30, 2010.

ON MOTION

ORDER

Danvers E. Long moves for a 10–day extension of time, until October 7, 2010, to file his reply brief and the joint appendix.

Upon consideration thereof,

It Is Ordered That:

The motion is granted.

Gregory W. INGRAM, Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 2010–3186.

United States Court of Appeals,
Federal Circuit.

Sept. 30, 2010.

ON MOTION

ORDER

Gregory W. Ingram moves for leave to proceed in forma pauperis.

Upon consideration thereof,

It Is Ordered That:

The motion is granted.